Certificate Number: 05781-MD-DE-041348402

Bankruptcy Case Number: 26-18942

05781-MD-DE-041348402

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 20, 2026, at 9:32 o'clock AM PDT, Tanya Dicks completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date: August 20, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President